486

**No. 66865.**—Tex Mex Brick & Import Co. *v.* United States, protests 60/27893, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

**No. 66866.**—The Keepnews Co. *v.* United States, protest 326728–K (New York).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise described on the invoice as items 122 and 123 consists of vases with covers and that said vases are copies or replicas of original productions, the claim of the plaintiff was sustained. *United States* v. *Baumgarten & Co.* (2 Ct. Cust. Appls. 321, T.D. 32052) ; *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458) ; *F. Lunning, Inc., et al.* v. *United States* (39 Cust. Ct. 271, C.D. 1941) ; and Abstract 62694, followed.

**No. 66867.**—Victoria Distributors, Inc. *v.* United States, protests 61/15211 and 61/21983 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.